

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## MEMORANDUM ORDER
## ON MOTION FOR REHEARING

Style:              Winston Perkins, Appellant v. The State of Texas, Appellee

Case numbers:       01-11-00581-CR & 01-11-00582-CR

Date motion filed:  August 27, 2012

Party filing motion: Appellant

       The motion for rehearing is denied.

Judge signature:    /s/ Michael Massengale
                    Acting for the Court

Panel consists of Justices Bland, Massengale, and Brown.

Date:               September 13, 2012